JAMES v. WAL-MART STORES, INC.

No. 112A01

Case below: 142 N.C. App. 721

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 5 April 2001. Justice Edmunds recused.

JORDAN v. N.C. DEP'T OF TRANSP.

No. 18P01

Case below: 140 N.C. App. 771

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001. Justice Edmunds recused.

KEECH v. HENDRICKS

No. 82P01

Case below: 141 N.C. App. 649

Joint motion by defendant and plaintiff to withdraw petitions for discretionary review allowed 21 March 2001.

KELLEY v. CITY OF DURHAM

No. 89P01

Case below: 141 N.C. App. 350

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001.